Elizabeth McManimen, Appellee, v. Public Service Company of Northern Illinois, Appellant, and Sears, Roebuck and Company, Appellee.

Gen. No. 40,482.

opinion filed December 9, 1942; rehearing opinion filed March 10, 1943. Gardner, Morrow, Fowler & Merrick and K. J. Owens, for appellant; Walter M. Fowler, of counsel; Frankel & Frankel, for appellee; Barnie E. Frankel, of counsel. Opinion by JUSTICE KILEY. "Not to be published in full."